LANSING, Appellant, *v.* HUNTER, Appellee.

APPEAL FROM BOND.

The act extending the jurisdiction of the County Court of Bond county is constitutional.

THIS was a suit upon a promissory note for the sum of $800, in the County Court of the county of Bond, by the appellee against the appellant.

Appellant plead to the jurisdiction of the court, that the amount claimed was beyond the jurisdiction of the court, being

for $800.  Issue upon the plea.  The declaration and summons were read in evidence upon the trial of the issue, and the court found the issue for the appellee, and rendered judgment for him for the sum of $708.23.

Appellant brings the case to this court, by appeal.

M. HAY, for Appellant.

S. P. MOORE, for Appellee.

CATON, C. J.  The only question in this case is one of jurisdiction in the court below, and we do not see how we can profitably say more than that the legislature has expressly conferred the jurisdiction upon the court under an express provision of constitution authorizing them to do so.    State Const., Art. 5, Sec. 8.    The judgment is affirmed.

*Judgment affirmed.*